MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND SUDARSHAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>USCIS<br><br>                    Defendant. | CASE NO. 2:25-CV-00487 WBS-CSK<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

1

Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns adjudication of Plaintiff's Forms I-526E and I-485. Plaintiff's Form I-526E has been adjudicated. Therefore, that claim is now moot. The parties request additional time to determine how they will process with respect to the claim involving the adjudication of the Form I-485.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 19, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  April 18, 2025                    MICHELE BECKWITH
                                          Acting United States Attorney

                                    By:   /s/ SHELLEY D. WEGER
                                          SHELLEY D. WEGER
                                          Assistant United States Attorney


                                          /s/ KRISTINA DAVID
                                          KRISTINA DAVID
                                          Counsel for Plaintiff

                              ORDER

It is so ordered. The new date for Defendants to file an answer or other dispositive pleading is **May 19, 2025**. The Scheduling Conference is reset for **August 11, 2025 at 1:30 p.m.** A joint status report shall be filed no later than **July 28, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed February 10, 2025 (Docket No. 3).

Dated:  April 18, 2025

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE